IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRACY DIEHM, | ) | |
| | ) | 8:04CV130 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CITY OF OMAHA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the plaintiff's motion to compel discovery (Filing No. 29) and motion to amend the scheduling order (Filing No. 27). The undersigned magistrate judge held a telephone conference with counsel for the parties on May 9, 2005. The parties have informed the Court that the discovery dispute is now resolved. Therefore the motion to compel will be denied as moot. Additionally, the motion to amend the scheduling order is granted as set forth below. Accordingly,

**IT IS ORDERED:**

1. The plaintiff's motion to compel discovery (Filing No. 29) is denied as moot.

2. The plaintiff's motion to amend the scheduling order (Filing No. 27) is granted as set forth below.

3. **Deposition Deadline.** All depositions, whether or not they are intended to be used at trial, shall be completed by **July 11, 2005**. All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served sufficiently early to allow rule time response before that date. Counsel may stipulate to extensions of time to respond to discovery requests in accordance with Fed. R. Civ. P. 29, as amended, but such extensions shall not extend any of the dates in this order; any requests for extensions of any of the deadlines herein shall be made by appropriate motion and order.

4. **Pretrial Disclosures**: Pursuant to Fed. R. Civ. P. 26(a)(3), each party shall provide to all other parties the following information regarding the evidence that it may present at trial other than solely for impeachment purposes as soon as practicable **but not later than the date specified**:

A. <u>Deposition Testimony and Discovery</u> **- On or before July 22, 2005:** 1) The portions of each deposition, designated by page and line, that it intends to offer and 2) each discovery response of another party it intends to offer. Such designations and any objections thereto shall also be included in the final pretrial conference order. **See** NECivR 16.2.

B. <u>Trial Exhibits</u> **- On or before July 22, 2005:** A list of all exhibits it expects to offer by providing a numbered listing and permitting examination of such exhibits. The parties shall also designate on the list those exhibits it may offer only if the need arises.

C. <u>Waiver of Objections</u>: Any objections to the use of witnesses, deposition designations, discovery responses, or exhibits shall be listed in the pretrial order. Failure to list objections (except those under Fed. R. Evid. 402 and 403) shall be deemed waived, unless excused by the court for good cause shown.

D. <u>Filing of Disclosures</u>: The filing of pretrial disclosures required by Fed. R. Civ. P. 26(a)(3) shall be deemed filed at the time of the filing of the Order on Final Pretrial Conference in this matter.

5. **Any** motions *in limine* shall be filed not later than **July 29, 2005**.

6. **The Final Pretrial Conference** with the undersigned magistrate judge is set for **August 1, 2005, at 10:00 a.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The final pretrial conference shall be attended by lead counsel for represented parties. Counsel shall complete prior to the pretrial conference, all items as directed in NECivR 16.2. By the time of the pretrial conference, full

preparation for trial shall have been made so that trial may begin at any time during the session indicated below.

    7.    **Trial** is set to commence **at 8:30 a.m. on August 22, 2005** in Omaha, Nebraska, before the Honorable Joseph F. Bataillon and a jury.

    8.    **Motions to Alter Dates.**  All requests for changes of date settings shall be directed to the undersigned magistrate judge by appropriate motion.

Dated this 9th day of May, 2005.

                      BY THE COURT:

                      s/Thomas D. Thalken
                      United States Magistrate Judge