IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRACY DIEHM, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV130 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF OMAHA POLICE DEPARTMENT, and CITY OF OMAHA, | ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court *sua sponte*. The parties shall have until close of business on January 23, 2006 in which to redact the exhibits offered at trial held December 19, 2005 through December 23, 2005. Failure to redact the exhibits by this date may result in the exhibits being returned to the parties as not received by the court.

SO ORDERED.

DATED this 10th day of January, 2006.

BY THE COURT:


**s/ Joseph F. Bataillon**
United States District Judge